UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS EUGENE JUNG,<br>　　Plaintiff,<br>　　v.<br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br>　　Defendant. | No. 5:24-cv-00886-SSC<br><br>[~~PROPOSED~~] JUDGMENT |

　　Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: August 29, 2024

_____
HON. STEPHANIE S. CHRISTENSEN
United States Magistrate Judge

-1-